UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

    Plaintiff,                            Case No. 16-cv-13589

                                        Paul D. Borman
v.                                       United States District Judge

GRAHAM HOTEL SYSTEMS, INC.,

    Defendant.
_____/

## JUDGMENT

The Court having entered the parties' consent decree and order on this date, judgment is hereby entered and this case is dismissed.

IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 19, 2017